### Martin H. TONN; Lorraine A. Tonn, Appellants,

v.

### COMMISSIONER OF INTERNAL REVENUE, Appellee.

No. 01–3515.

United States Court of Appeals, Eighth Circuit.

Submitted July 3, 2002.

Filed July 15, 2002.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Martin H. Tonn and his wife, Lorraine A. Tonn, appeal from a decision of the tax court finding they owed deficiencies and additions to tax. After carefully reviewing the record, we affirm for the reasons stated by the tax court. *See* 8th Cir. R. 47B.